DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@ kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@ kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PHH Mortgage Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; LA MANCHA HOMEOWNERS ASSOCIATION, INC., a Nevada non-profit corporation; LIONEL A. STARKES, an individual,<br><br>    Defendants. | Case No.: 2:16-cv-02822-MMD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>    Counter-Claimant,<br><br>vs.<br><br>PHH MORTGAGE CORPORATION,<br><br>    Counter-Defendant. | |

IT IS HEREBY STIPULATED between PHH MORTGAGE CORPORATION ("PHH") and SFR INVESTMENTS POOL 1, LLC ("SFR") (collectively the "Parties"), by and through their undersigned attorneys, to extend the deadline for a response to PHH's Motion for summary Judgment filed on November 30, 2017 (ECF No. 46). The Parties further agree to extend the

deadline to respond to SFR's Motion for Summary Judgment filed on November 30, 2017 (ECF No. 47) The Parties agree to extend both deadlines by one week, December 29, 2017. The Parties request additional time to fully address the arguments raised in each motion for summary judgment and to accommodate the schedules of counsel for the holiday

This is the parties' first request for an extension and is not intended to cause any delay or prejudice to any party.

DATED this 21st day of December, 2017.   DATED this 21st day of December, 2017.

**KIM GILBERT EBRON**   **BALLARD SPAHR LLP**

*/s/Diana S. Ebron*   */s/Holly Ann Priest*
Diana S. Ebron, Esq.   Holly Ann Priest
Nevada Bar No. 10580   Nevada Bar No. 13226
Jacqueline A. Gilbert, Esq.   1980 Festival Plaza Dr., Suite 900
Nevada Bar No. 10593   Las Vegas, NV 89135
7625 Dean Martin Road, Suite 110   *Attorneys for PHH Mortgage Corporation*
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: December 22, 2017

Respectfully submitted by:

**KIM GILBERT EBRON**

*/s/ Diana S. Ebron*
Diana S. Ebron, Esq.
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*