1  Joel E. Tasca
   Nevada Bar No. 14124
2  Holly Ann Priest
   Nevada Bar No. 13226
3  BALLARD SPAHR LLP
   1980 Festival Plaza Drive, Suite 900
4  Las Vegas, Nevada 89135
   Telephone: (702) 471-7000
5  Facsimile: (702) 471-7070
   tasca@ballardspahr.com
6  priesth@ballardspahr.com

7  *Attorneys for PHH Mortgage Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PHH MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; LA MANCHA HOMEOWNERS ASSOCIATION, INC., a Nevada non-profit corporation; LIONEL A. STARKES, an individual,<br><br>Defendants. | Case No. 2:16-cv-02822-MMD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES**<br><br>(First Request) |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter-Claimant,<br><br>vs.<br><br>PHH MORTGAGE CORPORATION,<br><br>Counter-Defendant. | |

Pursuant to Fed. R. Civ. P. 16(b)(4), LR IA 6-1 and LR 26-4, Plaintiff PHH Mortgage Corporation ("PHH"), Defendant SFR Investments Pool 1, LLC ("SFR"), and Defendant La Mancha Homeowners Association, Inc. (collectively, the "Parties") by and through their undersigned counsel of record, hereby stipulate to extend the

DMWEST #18076307 v1

deadline to file dispositive motions to October 12, 2018. The Parties further stipulate to extend the deadline to respond to SFR's Motion for Summary Judgment (ECF No. 63) to October 12, 2018. This is the Parties first request for an extension of the subject deadlines. This brief extension will consolidate the pending deadlines, accommodate the schedule of counsel for PHH and give the parties additional time to continue to discuss a possible resolution of this matter. The Parties make this request in good faith and not for the purposes of delay.

IT IS SO STIPULATED this 18th day of September, 2018.

BALLARD SPAHR LLP

By: /s/ *Holly Ann Priest*
    Joel E. Tasca
    Holly Ann Priest
    1980 Festival Plaza Dr., Suite 900
    Las Vegas, Nevada 89135

*Attorneys for PHH Mortgage Corporation*

KIM GILBERT EBRON

By: /s/ *Jacqueline A. Gilbert*
    Diana S. Ebron, Esq.
    Nevada Bar No. 10580
    Jacqueline A. Gilbert, Esq.
    Nevada Bar No. 10593
    7625 Dean Martin Drive, Suite 110
    Las Vegas, NV 89139

*Attorneys for SFR Investment Pool 1, LLC*

BOYACK, ORME & ANTHONY

By: /s/ *Christopher B. Anthony*
    Christopher B. Anthony, Esq.
    Nevada Bar o. 9748
    7432 West Sahara Avenue, Suite 101
    Las Vegas, NV 89117

*Attorney for La Mancha Homeowners Association, Inc.*

## ORDER

**IT IS SO ORDERED.**
**IT IS FURTHER ORDERED** that no further extensions will be allowed.

United States District/Magistrate Judge

DATED: September 20, 2018

2