1  DIANA S. EBRON, ESQ.
   Nevada Bar No. 10580
2  E-mail: diana@kgelegal.com
   JACQUELINE A. GILBERT, ESQ.
3  Nevada Bar No. 10593
   E-mail: jackie@ kgelegal.com
4  KAREN L. HANKS, ESQ.
   Nevada Bar No. 9578
5  E-mail: karen@ kgelegal.com
   KIM GILBERT EBRON
6  7625 Dean Martin Drive, Suite 110
   Las Vegas, Nevada 89139
7  Telephone: (702) 485-3300
   Facsimile: (702) 485-3301
8  *Attorneys for SFR Investments Pool 1, LLC*

9              **UNITED STATES DISTRICT COURT**

10                  **DISTRICT OF NEVADA**

11

12  PHH Mortgage Corporation,                    Case No.: 2:16-cv-02822-MMD-PAL

13                          Plaintiff,           **STIPULATION AND ORDER TO
                                                 EXTEND TIME TO REPLY IN
    vs.                                          SUPPORT OF MOTION FOR
14                                               SUMMARY JUDGMENT**

15  SFR INVESTMENTS POOL 1, LLC, a               **(FIRST REQUEST)**
    Nevada limited liability company; LA
16  MANCHA HOMEOWNERS
    ASSOCIATION, INC., a Nevada non-profit
17  corporation; LIONEL A. STARKES, an
    individual,
18
                            Defendants.
19  ─────────────────────────────────
    SFR INVESTMENTS POOL 1, LLC, a
20  Nevada limited liability company,

21                          Counter-Claimant,

22  vs.

23  PHH MORTGAGE CORPORATION,

24                          Counter-Defendant.
    ─────────────────────────────────
25        IT IS HEREBY STIPULATED between PHH MORTGAGE CORPORATION ("PHH")

26  and SFR INVESTMENTS POOL 1, LLC ("SFR") (collectively the "Parties"), by and through

27  their undersigned attorneys, to extend the deadline for SFR to file its reply in support of its motion

28  for summary judgment [ECF No. 63] to November 5th, 2018. SFR filed its motion for summary

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

1  judgment on September 4, 2018 [ECF No. 63]. PHH responded on October 12, 2018 [ECF No.

2  68]. SFR requires additional time to fully address the arguments raised in opposition due to recent

3  illness of counsel. This is the parties' first request for an extension and is not intended to cause any

4  delay or prejudice to any party.

5  DATED this 29th day of October, 2018.                 DATED this 29th day of October, 2018.

6  **KIM GILBERT EBRON**                                  **BALLARD SPAHR LLP**

7

8  */s/Diana S. Ebron*                                    */s/Holly Ann Priest*
   Diana S. Ebron, Esq.                                   Holly Ann Priest
9  Nevada Bar No. 10580                                   Nevada Bar No. 13226
   Jacqueline A. Gilbert, Esq.                            1980 Festival Plaza Dr., Suite 900
10 Nevada Bar No. 10593                                   Las Vegas, NV  89135
   7625 Dean Martin Road, Suite 110                       *Attorneys for PHH Mortgage Corporation*
11 Las Vegas, Nevada 89139
   *Attorneys for SFR Investments Pool 1, LLC*
12

13                                                        **IT IS SO ORDERED.**

14                                                        _____

15                                                        UNITED STATES DISTRICT JUDGE

16                                                        DATED:  October 30, 2018_____

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -