Joel E. Tasca
Nevada Bar No. 14124
Holly Ann Priest
Nevada Bar No. 13226
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
priesth@ballardspahr.com

*Attorneys for PHH Mortgage Corporation*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PHH MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; LA MANCHA HOMEOWNERS ASSOCIATION, INC., a Nevada non-profit corporation; LIONEL A. STARKES, an individual,<br><br>Defendants.<br><hr>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter-Claimant,<br><br>vs.<br><br>PHH MORTGAGE CORPORATION,<br><br>Counter-Defendant. | Case No. 2:16-cv-02822-MMD-PAL<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Pursuant to Local Rules LR IA 6-1 and LR 26-4, Plaintiff/Counter-Defendant PHH Mortgage Corporation ("PHH"), Defendants La Mancha Homeowners Association, Inc. (the "HOA") and Defendant/Counterclaimant/Cross-Claimant SFR

1 Investments Pool 1, LLC ("SFR"), through their respective attorneys, stipulate as
2 follows:

3     1.    The Parties to this Stipulation have settled and agreed to release their
4 respective claims, and further agreed that the claims between them, including the
5 Complaint and Counterclaim, shall be DISMISSED with prejudice.

6     2.    As Lionel A. Starkes has not appeared in this action, PHH hereby
7 voluntarily dismisses its claims against him pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

8     3.    The Parties further stipulate and agree that the two Lis Pendens
9 recorded against the Property in the Official Records of Clark County, Nevada, as
10 Instruments Number 20170104-0002376 and 20131203-0004003 be EXPUNGED.

11     4.    The Parties further stipulate and agree that the $500 in security costs
12 posted by PHH on January 27, 2017 pursuant to this Court's Order [ECF No. 16]
13 shall be discharged and released to the Ballard Spahr LLP Trust Account.

14     5.    The Parties further stipulate and agree that a copy of this Stipulation
15 and Order may be recorded with the Clark County Recorder.

{Continued on Next Page.}

6. Each party shall bear its own attorneys' fees and costs.

Dated: March 22, 2019

BALLARD SPAHR LLP

By: /s/ *Holly Ann Priest*
Joel E. Tasca
Nevada Bar No. 14124
Holly Ann Priest
Nevada Bar No. 13226
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135

*Attorneys for PHH Mortgage Corporation*

KIM GILBERT EBRON

By: /s/ *Jacqueline A. Gilbert*
Diana S. Ebron
Nevada Bar No. 10580
Jacqueline A. Gilbert
Nevada Bar No. 10593
Karen Hanks
Nevada Bar No. 9578
7625 Dean Martin Dr., Suite 110
Las Vegas, Nevada 89014

*Attorneys for SFR Investments Pool 1, LLC*

BOYACK ORME & ANTHONY

By: /s/ *Christopher B. Anthony*
Edward D. Boyack
Nevada Bar No. 5229
Christopher B. Anthony
Nevada Bar No. 9748
401 N. Buffalo Drive, #202
Las Vegas, Nevada 89145

*Attorney for La Mancha Homeowners Association*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: March 25, 2019